IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXPERIAN INFORMATION SOLUTIONS CREDIT REPORTING LITIGATION | No. C 16-05674 WHA<br>No. C 16-05676 WHA<br>No. C 16-05679 WHA<br>No. C 16-05694 WHA<br>No. C 16-05701 WHA<br>No. C 16-05704 WHA<br>No. C 16-06315 WHA<br>No. C 16-06335 WHA<br>No. C 16-06363 WHA<br>No. C 16-06372 WHA<br>No. C 17-00343 WHA<br>No. C 17-00506 WHA<br><br>**AMENDED CASE MANAGEMENT ORDER** |

Defendants in this particular action, *Bennett v. Experian*, No. 3:17-cv-00506-WHA, are not required to join in the combined motion to dismiss due on February 9. Defendants may, however, opt to join in the aforementioned motion prior to the hearing on March 23.

**IT IS SO ORDERED.**

Dated: February 8, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE